clover nor the payment for the seed by the landlord were relevant to the issue of termination of the farm tenancy. There being no genuine issue of material fact, summary judgment was proper and the action of the circuit court is affirmed.

Judgment affirmed.

TRAPP, P. J., and SMITH, J., concur.

RUTH E. KELLER et al., Plaintiffs-Appellants, v. EDWIN F. KELLER et al., Defendants-Appellees.

(No. 71-130; )

Third District—March 7, 1972.

*Rehearing denied April 4, 1972.*

William E. Stewart, of Kewanee, for appellants.

Harper Andrews and Greg A. Young, both of Kewanee, for appellees.